IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          4:89cr4003-WS

CARL LOWE,                                                                        4:05cv485-WS

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 608) docketed April 18, 2006.  The magistrate judge recommends that the defendant's application for relief from judgment (doc. 603) and Rule 60(b) motion (doc. 605) be summarily dismissed.  The defendant has filed objections (doc. 609) to the report and recommendation.

    Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 608) is adopted and incorporated by reference in this order of the court.

2.  The defendant's application for relief from judgment (doc. 603) and Rule 60(b) motion (doc. 605) are hereby summarily DISMISSED.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:05cv485-WS.

DONE AND ORDERED this May 23, 2006.


    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE